# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DARRELL WARREN                                                                                    PLAINTIFF

v.                        Case No. 4:18-cv-00248-KGB/JTK

DOC HOLIDAY, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 8).

It is, therefore, ordered that:

1. Plaintiff Darrel Warren's sexual harassment claim against separate defendant D. Bilbrock is dismissed without prejudice.

2. Mr. Bilbrock and separate defendant Doc Holiday are dismissed without prejudice as defendants from this action.

So ordered this 29th day of October, 2018.

_____
Kristine G. Baker
United States District Judge