IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DARRELL WARREN**                                                                       **PLAINTIFF**

**v.**                        **Case No. 4:18-cv-00248-KGB/JTK**

**DOC HOLIDAY,** *et al.*                                              **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 38). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 38).

The Court grants defendant Sean Rogers' motion for summary judgment (Dkt. No. 29). The Court dismisses without prejudice plaintiff Darrell Warren's claims against Mr. Rogers and the Doe defendants.

So ordered this 23rd day of September, 2019.

_____
Kristine G. Baker
United States District Judge